# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLINTON L. MOORMAN, JR.,

    Plaintiff,

vs.                                CASE NO. 6:07-CV-805-ORL-19DAB

MUHLENBERG HOSPITAL,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 3, filed May 15, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 3) is **ADOPTED and AFFIRMED.** Plaintiff's Application to Proceed in Forma Pauperis (Doc. No. 2, filed May 15, 2007) is **DENIED.** Plaintiff's case shall be dismissed without further notice if he fails to file an amended complaint in compliance with the guidelines as set forth in the Report and Recommendation within eleven (11) days from the date of this Order.

**DONE AND ORDERED** at Orlando, Florida, this   25th   day of May, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record