# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLINTON L. MOORMAN, JR.,**

        **Plaintiff,**

**-vs-**                                             **Case No. 6:07-cv-805-Orl-31DAB**

**MUHLENBERG HOSPITAL,**

        **Defendant.**

## ORDER

This cause comes before the Court on Motion for Leave to Proceed in Forma Pauperis (Doc. No. 2) filed May 14, 2007.

On May 15, 2007, the United States Magistrate Judge issued a report (Doc. No. 3) recommending that the motion be denied and the case be dismissed as frivolous unless the Plaintiff filed an acceptable amended complaint. No objections have been filed, and the Plaintiff's most recent amended complaint (Doc. 6) does not comply with the terms set forth in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2. That the Motion for Leave to Proceed in Forma Pauperis is **DENIED**.

   3.   That this case is **DISMISSED** and the Clerk is directed to close the file.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida on the 29th day of June, 2007.

                                              _____
                                              GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party